## BRITTAIN v. CINNOCA

No. 546P94

Case below: 111 N.C.App. 653

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 1995.

## BROOKWOOD UNIT OWNERSHIP ASSN. v. DELON

No. 51P95

Case below: 117 N.C.App. 613

Petition by defendants for writ of supersedeas denied 2 March 1995. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied and stay dissolved 2 March 1995.

## BRYANT v. ADAMS

No. 590P94

Case below: 116 N.C.App. 448

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

## BUCHANAN v. ATLANTIC INDEMNITY CO.

No. 541PA94

Case below: 116 N.C.App. 735

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1995.

## CUSTOM MOLDERS, INC. v. AMERICAN YARD PRODUCTS, INC.

No. 326PA94

Case below: 115 N.C.App. 156

338 N.C. 514

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1995 upon reconsideration ex mero motu. Petition by plaintiff to rehear pursuant to Rule 31 dismissed 2 March 1995.